**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

Statesboro Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

APR 19 PM 1:57

CLERK _____
SO. DIST. OF GA.

HAZEL MILLER )
)
vs )
) CASE NUMBER  CV606-32
STATE OF GEORGIA, ET AL )
)

## O R D E R

The Judgment of this Court in the above entitled action having been affirmed

by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S.

Court of Appeals, is made the judgment of this court.

This ___*19*___ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA